No. 97–8909. DESANGES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8911. EASTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8916. VICTORIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8917. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–8921. ATKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–8973. D'AMICO *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1215. GAVLE *v.* LITTLE SIX, INC., DBA MYSTIC LAKE CASINO, ET AL. Sup. Ct. Minn. Motion of Tribal Accountability Legal Rights Fund, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–1606. FULCOMER, WARDEN *v.* FREY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–8467. HASSAN *v.* AT&T CORP. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1285. SHEPHARD *v.* PROVIDENT LIFE & ACCIDENT INSURANCE CO., 523 U. S. 1059;

No. 97–1358. HADJI-ELIAS ET AL. *v.* LOS ANGELES COUNTY SUPERIOR COURT (SHAHBAZ ET AL., REAL PARTIES IN INTEREST), 523 U. S. 1060;

No. 97–1360. SHEPHARD *v.* POMONA FAIRPLEX ET AL., 523 U. S. 1060;

No. 97–7884. VALDEZ ET AL. *v.* FONOIMOANA ET AL., 523 U. S. 1080; and

No. 97–8090. ANGEL *v.* TEXAS, 523 U. S. 1098. Petitions for rehearing denied.